EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Enmienda a la Regla 40 del Reglamento del Tribunal Supremo | 2007 TSPR 181<br><br>172 DPR \_\_\_\_ |

Número del Caso: ER-2007-2

Fecha: 19 de octubre de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Enmienda a la Regla 40 del
Reglamento del Tribunal Supremo        Num. ER-2007-2

RESOLUCION

San Juan, Puerto Rico, a 19 de octubre de 2007.

Se enmienda la Regla 40 del Reglamento del Tribunal Supremo para que lea de la siguiente manera:

**"REGLA 40 – FORMA DE LOS ESCRITOS; COPIAS**

(a)  Todos los escritos que se presenten al Tribunal y las copias de éstos que se notifiquen a las partes, deberán ir encabezados con el epígrafe del caso, con expresión del título y del número. Dichos escritos y todas sus copias deberán estar firmados por el abogado o abogada o por la propia parte, de no tener representación legal.

(b)  Todo escrito que se presente a este Tribunal se hará en letra impresa del estilo Times New Roman, Courier New o Arial en tamaño 12, o su equivalente en cualquier programa de procesamiento de palabras, a doble espacio, en papel tamaño legal (8 *1/2*" x 14"), por un solo lado del papel y

con un margen izquierdo no menor de *1/2*" y un margen derecho no menor de *1/2*". Las páginas del escrito deberán perforarse y sujetarse al centro del margen izquierdo de la página, a no menos de 6 pulgadas por debajo del margen superior del papel. Para sujetarlas no se utilizará alambre o metal.

(c)    Todo documento que forme parte de un apéndice deberá cumplir con los requisitos establecidos en el inciso (b) anterior, excepto que se permitirá incluir fotocopias de documentos originales a espacio sencillo, siempre que dichas copias sean claramente legibles.

(d)    La presentación de todo documento ante el Tribunal se hará en original y ocho (8) copias, claramente legibles, que podrán ser de mimeógrafo, fotocopias o máquinas reproductoras de eficiencia análoga. No se aceptarán copias carbón bajo ninguna circunstancia. Será deber del Secretario o la Secretaria velar por el estricto cumplimiento de esta disposición y, en su caso, tomar las medidas correctivas que dispone la Regla 9(d). Se hará excepción de las ocho copias en los siguientes escritos, los cuales se presentarán en original y una copia:

1.    Mociones de Prórroga
2.    Mociones Informativas
3.    Mociones certificando la notificación del recurso bajo la Regla 39 (a) de este Reglamento
4.    Mociones relacionadas con cambios en la representación legal, o cambios de dirección
5.    Mociones bajo la Regla 33 (k) de este Reglamento
6.    Alegatos de las Partes luego de expedido un recurso discrecional o de acogida la Apelación
7.    Escritos en cumplimiento de Orden para Mostrar Causa u otra orden emitida por el Tribunal
8.    Mociones o Escritos posteriores luego de haberse notificado que el caso ha quedado sometido en sus méritos
9.    Quejas contra abogados y abogadas
10. Mociones y escritos relacionados con Quejas y procedimientos

disciplinarios    contra    abogados,
abogadas y notarios bajo la Regla 14
de este Reglamento
11.  Transcripción de Evidencia

No obstante lo antes dispuesto, el Tribunal o la Secretaría podrán requerir que se presenten copias adicionales de cualquier escrito cuando así lo considere necesario.

(e) El  legajo  o  expediente  a  que  se refiere  la  Regla  35  podrá  elevarse  en original  o  en  copia  certificada  por  la Secretaría del tribunal apelado.

(f)   Cuando  estas  reglas  dispongan  el número  máximo  de  páginas  para  un  escrito, éste  no  deberá  presentarse  con  páginas  en exceso  de  dicho  máximo.   El  Tribunal  no concederá  excepciones,  salvo  mediante  una moción  justificativa  con  razones  específicas y no con meras generalizaciones.

(g) La Secretaria o el  Secretario no aceptará  ni  permitirá  que  se  presente  un memorando  de  autoridades  por  separado  en apoyo  de  un  escrito.  Las  autoridades pertinentes  deben  incorporarse  y  discutirse siempre dentro del cuerpo de los respectivos escritos.

(h) Todos  los  escritos  y  mociones  que se  presenten  para  el  Certiorari  dispuesto bajo la Regla 20 (a) (6) de este Reglamento, se presentarán en original y ocho copias."

Esta enmienda entrará en vigor el 3 de diciembre de 2007.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Fiol Matta no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo